# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Austin | 30391 | 03/06/2013 | Affirmed |
| U.S. Bank Nat. Ass'n v. Castro | CAAP–11–0001104 | 03/14/2013 | Vacated and Remanded |
| Befitel v. Lyckman | 30691 | 03/18/2013 | Affirmed |
| Paglinawan v. Rompel | CAAP–11–0000426 | 03/18/2013 | Affirmed, Vacated and Remanded |
| Thomas v. Sterns | 30467 | 03/27/2013 | Affirmed |
| Ticor Title Ins. Co. v. Mau | CAAP–12–0000382 | 03/28/2013 | Affirmed in Part & Reversed in Part |

| | | | | |
|---|---|---|---|---|
| Lahaina Fashions, Inc. v. Bank of Hawaii | 30644 | 03/13/2013 | Denied | 129 Hawai'i 250, 297 P.3d 1106 |